COM.

v.

**SANTOS, A.**

**617 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

CP–39–CR–0005159–2011

(Lehigh)

Affirmed

COM.

v.

**GRAYS, T.**

**711 EDA 2016**

Superior Court of Pennsylvania.

3/23/2017

CP–39–CR–0002225–2015

(Lehigh)

Affirmed

**ALI, M.**

v.

**AMOROSO, A.**

**1127 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

2013–01865

(Bucks)

Affirmed

COM.

v.

**JEFFRIES, Q.**

**1335 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

CP–51–CR–0009922–2010

(Philadelphia)

Vacated/Remanded

